IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM CALVIN CARPENTER, *et al*,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | CIVIL ACTION NO.  1:04cv1181-C |
| ) | (WO) |
| KELLEY FOODS OF ALABAMA, INC.,  ) | |
| ) | |
| Defendant.  ) | |

**ORDER**

Now pending before the court is the defendant's motion to strike portions of plaintiff's evidentiary submission.  (Doc. # 36).  The defendant argues that portions of the plaintiff's evidentiary submission in opposition to the motion for summary judgment should be stricken because information contained therein do not meet the requirements of FED. R. CIV. P. 56.[1]  Specifically, the defendant complains that certain documentary evidence contains inadmissible hearsay, is conclusory, contradicts prior sworn testimony, lacks proper authentication, is not the best evidence, and is irrelevant or immaterial.

The court is capable of sifting through the evidentiary submission and considering only those portions which comply with FED. R. CIV. P 56(e) and the Federal Rules of Evidence.  To the extent that evidentiary submission contain information that would be inadmissible under the Rules, the court will not considered that material in resolving the

---

[1] FED. R. CIV. P. 56(e) requires that "affidavits shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to the matters stated therein."

motion for summary judgment.  Accordingly, it is

ORDERED that the defendant's motion to strike be and is hereby DENIED.

Done this 5th day of October, 2005.

                                                 /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE